ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 05-22114(H)
)
JEROME LAVENT GOLDSBY, ) Chapter 7
)
)
Debtor(s) ) Judge: ARTHUR I. HARRIS

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Baumgart, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:  # 149880

| | | |
|---|---|---|
| Claim No. 1 | Diamonds Mens Store<br>Randall Park Mall<br>21801 Miles Road, Suite 1711<br>Cleveland, OH 44128 | $143.71 |
| Claim No. 10 | Verizon Wireless Midwest<br>404 Brock Drive<br>Bloomington, IL 61701 | $23.12 |

2. Your trustee's check for $166.83 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 10, 2010

_____
Richard A. Baumgart, Trustee

cc: United States Trustee